CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 26 2017

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ANTHOINE DEWAYNE SMITH,<br>    Plaintiff, | Civil Action No. 7:17-cv-00046 |
| v. | **FINAL ORDER** |
| BLUE RIDGE REGIONAL JAIL<br>AUTHORITY-LYNCHBURG, <u>et al.</u>,<br>    Defendants. | By:  Hon. Michael F. Urbanski<br>       Chief United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that Defendants' motion for summary judgment is **GRANTED**, and the action is **STRICKEN** from the active docket.

ENTER: This 22nd day of December, 2017.

/s/ Michael F. Urbanski
Chief United States District Judge